IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-30041-DRH |
| | ) | |
| RAMSEY Z. FAKHOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATEMENT OF ELEMENTS AND PENALTIES**

Defendant is charged in the Indictment with a single count of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a), and aiding and abetting thereof, in violation of Title 18, United States Code, Section 2. The following are the elements and penalties for Bank Robbery:

| Statute | Charge | Elements | Maximum Penalties |
|---|---|---|---|
| 18 USC 2113(a) | Bank Robbery | Defendant took from the person of another money belonging to or in the care, custody, control, manage-ment, or possession of a bank; At the time defendant took the money of the bank, the bank's deposits were insured by the Federal Deposit Insurance Corporation; Defendant acted to take such money by force, violence and intimidation. | 20 years' imprisonment; $25,000 fine, or both; 3 years' supervised release; $100 special assessment |

Aiding and abetting under Section 2 carries no additional penalties to the underlying crime; its elements were recently described by the Supreme Court as follows: "a person is liable under § 2 for aiding and abetting a crime if (and only if) he (1) takes an affirmative act in

furtherance of that offense, (2) with the intent of facilitating the offense's commission." *Rosemond v. United States*, 2014 WL 839184, 4 (U.S. 2014).

        STEPHEN R. WIGGINTON
        United States Attorney

        *s/Stephen B. Clark*
        STEPHEN B. CLARK
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        Phone:  (618) 628-3700
        Fax:  (618) 628-3730
        E-mail:  Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-30041-DRH |
| | ) | |
| RAMSEY Z. FAKHOURI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on March 13, 2014, I caused to be electronically filed Government's Statement of Elements and Penalties with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

John Stobbs:  jds2@stobbslaw.com

                                                      STEPHEN R. WIGGINTON
                                                      United States Attorney

                                                      *s/Stephen B. Clark*
                                                      STEPHEN B. CLARK
                                                      Assistant United States Attorney
                                                      Nine Executive Drive
                                                      Fairview Heights, IL  62208
                                                      Phone:  (618) 628-3700
                                                      Fax:  (618) 628-3730
                                                      E-mail:  Stephen.Clark@usdoj.gov