## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CRIMINAL NO.  14CR30041-DRH |
| | : | |
| ALEXANDER GERTH, | : | |
| RAMSEY FAKHOURI | : | |
| | : | |
| DEFENDANTS. | : | |

## ORDER

Upon review of the United States' Motion for Miscellaneous Relief, Credit for Restitution, the Court finds that the motion is well taken and, the Court grants the motion.

This Court orders that Ramsey Fakhouri, and Alexander Gerth shall be given credit for $780.00 towards their restitution obligation pursuant to the Settlement Agreement entered into under civil case number 15-251-SMY-SCW.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2015.

Digitally signed by
David R. Herndon
Date: 2015.06.15
10:57:58 -05'00'

**United States District Court**